Affirmed and Memorandum Opinion filed November 8, 2007








Affirmed
and Memorandum Opinion filed November 8, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00299-CR

____________

 

RICHARD MENDIOLA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 239th District
Court

Brazoria County,
Texas

Trial Court Cause No.
40,623

 



 

M E M O R A N D U M   O P I N I O N








After a
jury trial, appellant was found guilty of the offense of indecency with a
child. The trial court sentenced appellant to life in prison.  This judgment of
conviction was affirmed by the First Court of Appeals in Mendiola v. State,
01-02-00556-CR, 2003 WL 22413903 (Tex. App.BHouston [1st Dist.] 2002, no pet.). 
Appellant subsequently filed a post-conviction writ of habeas corpus, alleging
ineffective assistance of counsel during trial.  The Court of Criminal Appeals
granted the writ and remanded the case to the trial court for a new punishment
hearing.  Ex Parte Mendiola, No. AP-75476, 2006 WL 2075667 (Tex. Crim.
App. 2006).  On March 19, 2007, trial court held a punishment hearing and
sentenced appellant to confinement for twenty years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a notice
of appeal.

Appellant=s appointed counsel filed a brief in
which she concludes the appeal is wholly frivolous and without merit.  The
brief meets the requirement of Anders v. California, 386 U.S. 738, 87
S.Ct. 1396 (1967), presenting a professional evaluation of the record
demonstrating why there are no arguable grounds to be advanced.  See High v.
State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  Appellant did not ask
this court for a copy of the record, but on October 9, 2007, appellant filed a
pro se response to counsel=s brief.

We have
carefully reviewed the record, counsel=s brief, and appellant=s response, and agree the appeal is
wholly frivolous and without merit.  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.  We are not to address the merits of each claim raised in an Anders
brief or a pro se response when we have determined there are no arguable
grounds for review.  See Bledsoe v. State, 178 S.W.3d 824, 827-28 (Tex.
Crim. App. 2005).  

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 8, 2007.

Panel consists of Justices Yates, Fowler, and Guzman. 

Do Not Publish C Tex. R. App. P.
47.2(b).